IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEIGHTON BRISSETT,

    Petitioner

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Respondent

3:19-cv-00712
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 17th DAY OF OCTOBER, 2019, upon consideration of Leighton Brissett's Petition for Writ of Habeas Corpus (Doc. 1), and for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge